IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| LYNDA RITZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT ERIE INSURANCE EXCHANGE; <br><br> Plaintiff, <br><br> vs. <br><br> ERIE INDEMNITY COMPANY, J. RALPH BORNEMAN JR., TERRENCE W. CAVANAUGH, EUGENE C. CONNELL, LUANN DATESH, JONATHAN HIRT HAGEN, THOMAS B. HAGEN, C. SCOTT HARTZ, BRIAN A. HUDSON SR., CLAUDE C. LILLY III, GEORGE R. LUCORE, THOMAS W. PALMER, MARTIN P. SHEFFIELD, RICHARD L. STOVER, ELIZABETH A. HIRT VORSHECK, ROBERT C. WILBURN, ERIE INSURANCE EXCHANGE, NOMINAL DEFENDANT; <br><br> Defendants, | 1:17-CV-00340-CRE |

## **ORDER**

AND NOW, this 4th day of February, 2019, for the reasons stated in the Memorandum Opinion filed this day, IT IS ORDERED that Defendants' Motions to Dismiss Plaintiff's Complaint (ECF Nos. 46, 48, 51, and 52) are GRANTED and Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge